## Philadelphia & Reading Coal & Iron Co.'s Petitions.

*Constitution—Local acts—Roads—Act of June 12, 1893.*

The act of June 12, 1893, P. L. 451, enabling the taxpayers of townships
and road districts to contract for making the roads at their own expense,
and paying salaries of township or road district officers, and thereby pre-
vent the levy and collection of road tax therein, does not violate art. 3,
§ 7, of the constitution relating to local legislation.

Argued May 22, 1894.  Appeals, Nos. 64 and 65, July T.,
1894, from order of Q. S. Northumberland Co., Feb. T., 1894,
Nos. 43 and 44, dismissing petitions.  Before Sterrett, C. J.,
Green, McCollum, Mitchell and Dean, JJ.  Reversed.

Demurrer to petitions under act of June 12, 1893, to make
township roads.  Before Savidge, P. J.

*Error assigned* in each case was in sustaining demurrer to
petition.

*C. M. Clement, Samuel Heckert* with him, for appellants.

*James Ryon* and *William W. Ryon*, for appellees.

OPINION BY MR. JUSTICE DEAN, Oct. 1, 1894:

This appeal raises the question of the constitutionality of the act of June 12, 1893. We have decided, in the Appeal of the Lehigh Valley Coal Company from the decree of the Quarter Sessions of Luzerne county, in an opinion filed this day, that the act is constitutional [above, page 44]. Therefore the decree in this case is reversed at costs of appellee, and procedendo is awarded.